UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMIE WILSON,<br><br>                Plaintiff,<br><br>        v.<br><br>ANDREW CONSOVOY,<br><br>                Defendant. | Civil Action No. 00-3592 (WHW)<br><br>**MEMORANDUM OPINION & ORDER** |

**Walls, Senior District Judge**

On July 24, 2000, Plaintiff filed a civil complaint, the content of which, read in light of his later filings, caused this Court to deem the complaint withdrawn. See ECF No. 1. No other filings were made in this action until May 15, 2014, when Plaintiff made a submission alleging that he is currently undergoing a new criminal prosecution in state courts and seeking this Court's intervention in that state proceeding. See ECF No. 2. The nature of Plaintiff's claims indicates his interest in commencing a new and separate Section 1983 matter. See id.

IT IS on this 27th day of June, 2014,

ORDERED that the Clerk shall reopen this action by making a new and separate entry on the docket reading, "CIVIL CASE REOPENED"; and it is further

ORDERED that Plaintiff's submission docketed as ECF No. 2 is deemed a new and separate civil complaint; and it is further

ORDERED that the Clerk shall commence a new and separate matter designating "Jamie Wilson" as "Plaintiff," "Plaintiff's Prosecutor and Defense Counsel" as "Defendants," "Cause" as "42:1983 Prisoner Civil Rights" and "Jurisdiction" as "Federal Question"; and it is further

1

ORDERED that the Clerk shall docket this Order in that new matter; and it is further

ORDERED that the Clerk shall docket Plaintiff's submission (docketed in this action as ECF No. 2) in that new matter and accompany that docket entry by the docket text reading, "Plaintiff's civil complaint"; and it is further

ORDERED that the Clerk shall assign that new matter on the wheel; and it is further

ORDERED that the Clerk shall close the file on this action by making a separate entry on the docket reading, "Civil Case Closed"; and it is further

ORDERED that the Clerk shall administratively terminate Plaintiff's new matter by making a separate entry on the docket of that matter reading, "Civil Case Terminated"; and it is further

ORDERED that Plaintiff may have his new matter reopened if he prepays his $400 filing fee (or submits his complete in forma pauperis application, together with his prison account statement for the last six months) in that new matter; and it is further

ORDERED that no statement in this Memorandum Opinion and Order shall be construed as this Court's finding that Plaintiff's new challenges are meritorious/meritless; and it is finally

ORDERED that the Clerk shall serve this Memorandum Opinion and Order upon Plaintiff by regular U.S. mail and enclose in that mailing: (a) a blank in forma pauperis form for incarcerated individuals seeking to prosecute a civil matter; and (b) the docket sheet generated in Plaintiff's new matter.

June 27, 2014

/s/ William H. Walls
**United States Senior District Judge**